IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALEX SOSAYA,

    Plaintiff,

v.                                                  No. 13-cv-0788 JCH/SMV

ROBERT STEWART and
ALAN CHERNOV,

    Defendants.

## ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint. [Doc. 1]. The Court determines that Plaintiff's filing is deficient as described in this order. Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I. Filing Fee:**

    __X__    filing fee has not been received ($400 civil/administrative)

**II. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1)  __X__  is not filed
(2)  ____  is missing affidavit
(3)  ____  is missing certified copy of prisoner's inmate account statement for the 6-month period immediately preceding this filing
(4)  ____  is missing required financial information
(5)  ____  is missing an original signature by the prisoner
(6)  ____  is not on proper form (must use current form)
(7)  ____  names in caption do not match names in caption of complaint, petition or habeas application
(8)  ____  other _____

**III. Complaint, Petition or Application:**

(1)  ____  is missing
(2)  ____  is not on proper form (must use our form Rev. 5/96)

(3) __ is missing an original signature by the prisoner
(4) __ is missing page nos. __
(5) __ other _____

Papers filed in response to this order must include the civil action number (CV 13-788 JH/SMV) of this case. Failure to cure the designated deficiencies within thirty (30) days from the date of this order may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order;

**IT IS FURTHER ORDERED** that the Clerk is directed to mail to Plaintiff, together with a copy of this order, the following forms: 2 copies each of an Application to Proceed in District Court Without Prepaying Fees or Costs and Financial Certificate.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**