IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALEX SOSAYA,

    Plaintiff,

v.                                                                                        No. 13-cv-0788 JCH/SMV

ROBERT STEWART and
ALAN CHERNOV,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. The record indicates that a recent mailing to Plaintiff has been returned undelivered with an indication that Plaintiff is no longer in custody. [Doc. 13]. It appears that Plaintiff has changed his address without notifying the Court, as required by D.N.M.LR-Civ 83.6, and has thus severed contact with the Court. Because Plaintiff has failed to comply with the Court's local rules, *see Baker v. Suthers*, 9 F. App'x 947, 949 (10th Cir. 2001), he will be required to show cause why his complaint should not be dismissed. Failure to comply with this Order may result in dismissal without further notice.

**IT IS THEREFORE ORDERED** that, within 14 days from entry of this order, Plaintiff notify the Clerk in writing of his current address or otherwise show cause why this action should not be dismissed.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**